IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SHELLY LOWERY, INDIVIDUALLY, AND AS NEXT FRIEND OF A.L.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DR. PEPPER BOTTLING CO. OF PARAGOULD, INC. AND GARY GRAMLING<br><br>*Defendants*. | CIVIL ACTION No. 9:13-cv-103<br><br>JUDGE RON CLARK |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal [Doc. #11]. Pursuant to the Stipulation, Plaintiff Shelly Lowery dismisses her claims, as next friend of A.L., against the Defendants. Having considered the Stipulation, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Stipulation of Dismissal [Doc. #11] is GRANTED. Plaintiff Shelly Lowery's claims, as next friend of A.L., against Defendants Dr. Pepper Bottling Company of Paragould, Inc. and Gary Gramling are DISMISSED WITHOUT PREJUDICE. Cost shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** on March 28, 2014.

_____
Ron Clark, United States District Judge